**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

REGINA ZAKIROVA

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigrations Services in his official capacity; and MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, in his official capacity,

Defendants.

Civil Action No.
1:26-cv-1105 (MAD/MJK)

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that this action is voluntarily dismissed in its entirety, without costs to either party as against the other. No party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action.

Dated: June 15, 2026

Respectfully Submitted,

REGINA ZAKIROVA
3 Kakely Street
Albany, New York 12208
Email: Reginazkrva@gmail.com

IT IS SO ORDERED:

Mae A. D'Agostino
U.S. District Judge

Dated: June 22, 2026
Albany, NY